FILE COPY

JUDGE CASTEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CIV 7229

------------------------------------X
CONOPCO, INC. d/b/a UNILEVER SEEDS,    : Case No.:

        Plaintiff,    :

  -against-    : **RULE 7.1 STATEMENT**

INTERSEMILLAS, S.A.,    :

        Defendant.    :
------------------------------------X

RECEIVED
AUG 1 4 2007
U.S.D.C. S.D.N.Y.
CASHIERS

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Plaintiff Conopco, Inc., d/b/a Unilever Seeds certifies that Conopco, Inc., a New York corporation, is a wholly owned subsidiary of Unilever United States, Inc., a Delaware corporation. Unilever United States, Inc. is an indirect subsidiary of Unilever N.V., a Dutch corporation, and Unilever PLC, an English and Welsh corporation. Shares of Unilever N.V. and American Depository Receipts ("ADRs") representing the shares of Unilever PLC are publicly traded on the New York Stock Exchange.

Dated: New York, New York
      August 14, 2007

                      **GREENBERG TRAURIG, LLP**

                      By: _____
                          William C. Silverman (WS 6755)
                      200 Park Avenue
                      New York, New York 10166
                      Tel. (212) 801-9200
                      Fax (212) 224-6150
                      *Attorneys for Plaintiff*
                      *Conopco, Inc. d/b/a Unilever Seeds*