# Greenberg Traurig

William C. Silverman
Tel. (212) 801-3148
Fax (212) 224-2150
silvermanw@gtlaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/07

**MEMO ENDORSED**

BY FAX

October 15, 2007

Hon. P. Kevin Castel
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

*Initial conference rescheduled for November 16, 2007 at 9:45 a.m.*

*SO ORDERED*
*[signature]*
*JSDJ*
*10-16-07*

Re: Conopco, Inc. v. Intersemillas, S.A., 07-cv-07229-PKC

Dear Judge Castel:

We are plaintiffs' counsel in the above-referenced matter. I received a call from your deputy concerning an initial conference in the matter that was to be held today.

I was unaware of today's conference and I apologize to the Court for any inconvenience. I also want to alert the Court that the defendant in this action, a Spanish company, has not yet been served but is in the process of being served via the Hague Convention. In addition, the parties are currently engaged in discussions that may resolve this matter. Accordingly, we respectfully request that the initial conference be adjourned for 30 days.

Respectfully submitted,

*[signature]*
William C. Silverman

cc: Intersemillas, S.A. c/o Santiago Perez

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com