# Greenberg Traurig

William C. Silverman
Tel. (212) 801-3148
Fax (212) 224-2150
silvermanw@gtlaw.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07
```

## MEMO ENDORSED

BY FAX

November 13, 2007

Hon. P. Kevin Castel
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

Re:   Conopco, Inc. v. Intersemillas, S.A., 07-cv-07229-PKC

Dear Judge Castel:

We are plaintiff's counsel in the above-referenced matter. The initial conference is scheduled for Friday, November 16, 2007, at 9:45 a.m. The conference was previously scheduled for October 15, 2007; plaintiff's request for a 30-day adjournment was granted.

The parties respectfully request that the conference be adjourned for a further 30 days because we are currently engaged in discussions that may resolve this matter.

Respectfully submitted,

William C. Silverman

cc:   Intersemillas, S.A. c/o Santiago Perez

*Conference adjourned one last time. Conference adjourned from November 16 to December 14, 2007 at 9:45 a.m.*

*SO ORDERED.*

*USDJ*
*11-13-07*

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH
*Strategic Alliance
Intym Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166 | Tel 212.801.9200 | Fax 212.801.6400     www.gtlaw.com