```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12·13·07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONOPCO, INC.,

                Plaintiff,

v.

INTERSEMILLAS, S.A.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 CV 07229 (PKC)

**NOTICE OF
VOLUNTARY DISMISSAL
WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff Conopco, Inc., by its attorneys, hereby dismisses the above-entitled action and all claims asserted therein against the defendant without prejudice.

Dated: New York, New York
       December 13, 2007

CONOPCO, INC.

By: /s/ William C. Silverman
    William C. Silverman (WS-6755)

GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Tel.: (212) 801-2100
Fax: (212) 224-6150

Attorneys for Plaintiff
Conopco, Inc.

SO ORDERED
/s/ 
USDJ
12-13-07