AO 440 (Rev. 10/93) Citación en una demanda civil -SDNY WEB 4/99

## RETORNO DEL EMPLAZAMIENTO

| El emplazamiento de la citación y la Demanda fue hecho por mí[1] | FECHA 17-10-07 |
|---|---|
| NOMBRE DEL NOTIFICADOR (EN LETRA DE IMPRENTA) GESTION PROCESAL | CARGO S.C.A.C |

Marcar un cuadro a continuación para indicar el método de emplazamiento apropiado

[ ] Notifiqué en persona al demandado. Lugar de notificación: _____

[ ] Dejé copias de la notificación en la vivienda particular o en el domicilio habitual del demandado, en manos de una persona de edad y capacidad discrecional adecuadas que en ese momento se encontraba residiendo en ella.
Nombre de la persona a la que se entregaron la citación y la demanda: EMPLEADO: CLAUDIO VIDAL BLASCO

[ ] Se devolvió sin cumplimentar: _____

[ ] Otros (especificar): _____

### DECLARACIÓN DE TASAS DE EMPLAZAMIENTO

| VIAJE | SERVICIOS | TOTAL |
|---|---|---|

### DECLARACIÓN DEL NOTIFICADOR

Declaro bajo pena de perjurio, de acuerdo con las leyes de los Estados Unidos de América, que la información que antecede y que se incluye en el Retorno de Emplazamiento y la Declaración de Tasas de Emplazamiento es verídica y correcta.

Firmado el 17 OCTUBRE 2007
Fecha

Firma del Notificador

Firma del Notificador