

ADMINISTRACION
DE JUSTICIA

# EXHORTO RECIBIDO

**Nº de Registro General:** 815/2007     **NIG:** 46102-41-2-2007-0002544

**Fecha de Registro:** 24-09-2007     **Fecha de Reparto:** 24-09-2007

**Clase de Reparto:** T21 - Exhortos al S.C.N.E

**Órgano Judicial Destino:** 4610200001 - S.C. NOTIF. Y EMBARG. DE QUART DE POBLET

**Órgano Judicial Origen:** 9900099000 - ORGANOS DE PAÍSES EXTRANJEROS

**Tipo y Nº de Procedimiento Origen:**

**Diligencias Solicitadas:** NOTIFICACION

## Partes

| Nombre del Interviniente | Domicilio |
| --- | --- |
| INTERSEMILLAS, S.A. | PARTI DE TANCA S/N   QUART DE POBLET |



SERVICIO COMUN NOTIFICACIONES Y EMBARGOS
ENTRADA
2 5 SET. 2007
QUART DE POBLET
Nº Registro... 595/07



SERVICIO COMUN NOTIFICACIONES Y EMBARGOS
QUART DE POBLET
2 2 OCT. 2007
SALIDA



GENERALITAT



**ADMINISTRACION DE JUSTICIA**

| JUZGADO DECANO QUART DE POBLET |
| Fecha: 2 4 SET. 2007   HORA |
| N.º 815  Punto:   Clase: |
| Juzgado: SCNE |

DILIGENCIA DE ORDENACION
SECRETARIO DEL DECANATO DE VALENCIA

En Valencia a, 20 - Septiembre - 2007.

Por recibida la presente Cooperación Judicial Internacional, y teniendo su domicilio el destinatario INTERSEMILLAS S.A. en la calle PARTIDA DE TANCA S/N remítase al Decanato de los Juzgados de QUART POBLET por ser competente para su conocimiento.







**GENERALITAT VALENCIANA**



# EXHORTO RECIBIDO

**Nº de Registro General:** 15705/2007     **NIG:** 46250-42-2-2007-0045201

**Fecha de Registro:** 20-09-2007     **Fecha de Reparto:** 20-09-2007

**Clase de Reparto:**   DEC - Exhorto Civil Decanato

**Órgano Judicial Destino:** 4625040001 - S. COMUN DE NOTIF. Y EMBARGO

**Órgano Judicial Origen:**    9900099000 - ORGANOS DE PAÍSES EXTRANJEROS

**Tipo y Nº de Procedimiento Origen:**   3.015/2007

**Diligencias Solicitadas:** REMITIR A QUART DE POBLET. RESIDE EN ESA

## Partes

| Nombre del Interviniente | Domicilio |
|---|---|
| INTERSEMILLAS SA | |



**MINISTERIO DE JUSTICIA**

DECANATO DE LOS JUZGADOS DE [...]
20 [...] 2007
K
J5705

SUBSECRETARIA DE JUSTICIA
SUBDIRECCION GENERAL DE COOPERACION JURIDICA INTERNACIONAL

## O F I C I O

| | |
|---|---|
| S/REF. | |
| N/REF. | 0003015 / 2007 - NPC |
| FECHA | 13/09/2007 |
| ASUNTO | NOTIFICACIÓN A INTERSEMILLAS S.A. |

DECANATO JUZGADO PRIMERA INSTANCIA
- AVD. DE SALER, 14 (CIUDAD DE LA JUSTICIA) -
46071 VALENCIA ESPAÑA

Adjunto tengo el honor de remitirle solicitud de asistencia judicial procedente de las autoridades de ESTADOS UNIDOS, por la que se solicita se notifique a D/Dª **INTERSEMILLAS S.A.**, con domicilio en QUART DE POBLET con el ruego de que devuelva el certificado de entrega, o, en su defecto, aduzca las razones que hubieran impedido su notificación. Esta solicitud se realiza al amparo de lo dispuesto en el CONVENIO RELATIVO A LA NOTIFICACION O TRASLADO EN EL EXTRANJERO DE DOCUMENTOS JUDICIALES Y EXTRAJUDICIALES EN MATERIA CIVIL O COMERCIAL, "LA HAYA 15 DE NOVIEMBRE DE 1965" (B.O.E. 25-8-87).

Atentamente,

Madrid a 13/09/2007

LA SUBDIRECTORA GENERAL DE COOPERACIÓN JURÍDICA INTERNACIONAL (p.o).

Paula Mongé Royo
(Jefa de Área de Auxilio Judicial)

MINISTERIO DE JUSTICIA
REGISTRO GENERAL S.B.
17 SET. 2007
SALIDA

CORREO
(D

SAN BERNARDO Nº 62
28015 MADRID
TEL.: 91 390 22 28
FAX: 91 390 44 57