AO 440 (Rev. 10/93) Summons in a civil complaint – SDNY WEB 4/99
**RETURN OF SUMMONS**

The service of the summons and complaint were prepared by me   DATE <u>10/18/07</u>

NAME OF THE PROCESS SERVER (*IN BLOCK LETTERS*)         TITLE
    [illegible handwriting]                                              <u>S.C.A.C.</u>

Check one box below to indicate the appropriate method of serving process

[ ] I served process to the defendant in person. Location of service:


[ ] I left copies of the summons at the defendant's private residence or normal domicile, in the hands of an individual of sufficient age and discretion who was residing thereat at that time.
    Name of the individual to whom the summons and complaint were delivered:
<u>EMPLOYEE: CLAUDIO VIDAL BLASCO</u>


[ ] Returned without completion:

[ ] Other (*specify*):


**STATEMENT OF SERVICE FEES**

TRAVEL                              SERVICES                              TOTAL

**STATEMENT OF PROCESS SERVER**

I declare under penalty of perjury, in accordance with the laws of the United States of America, that the above information, which is included in the Return of Summons and the Statement of Service Fees, is true and correct.

Signed <u>OCTOBER [illegible], 2007</u>           [signature]
    Date                                           Signature of Process Server


    [signature]

                                        Signature of Process Server


                                        [stamp:]
                                        **S.C.N.E. – SUPERIOR COURT**
                                        **JUDICIAL BRANCH**
                                        **QUART DE POBLET**