[emblem]
**JUDICIAL BRANCH**

## LETTERS REQUISITORIAL RECEIVED
_____

**General Registration No.:** 815/2007     **NIG:** 46102-41-2-2007-0002544

**Registration Date:** 9/24/2007     **Distribution Date:** 9/24/2007

**Type of Distribution:** T21 – Letters Requisitorial to the S.C.N.E. [Common Notifications and Attachments Service]

**Recipient Judicial Body:** 4610200001 – QUART DE POBLET COMMON NOTIFICATIONS AND ATTACHMENTS SERVICE

**Source Judicial Body:** 9900099000 – FOREIGN COUNTRIES AGENCIES

**Type and No. of Source Procedure:**

**Measures Requested:** NOTIFICATION
_____

### Parties

| **Name of the Intervening Party** | **Domicile** |
| --- | --- |
| INTERSEMILLAS, S.A. | PARTI DE TANCA S/N, QUART DE POBLET |

[stamp:]
**COMMON NOTIFICATIONS AND ATTACHMENTS SERVICE
RECEIVED
25 SEPT. 2007
QUART DE POBLET
Registration No. 1595/07 – E**

[stamp:]
**COMMON NOTIFICATIONS AND ATTACHMENTS SERVICE
QUART DE POBLET
22 OCT. 2007
SENT**

[emblem]
**AUTONOMOUS COMMUNITY OF VALENCIA**

OFFICIAL PAPER

[emblem]
**JUDICIAL BRANCH**

[stamp:]
[illegible]
**SUPERIOR JUDICIAL COURT OF QUART DE POBLET**
**Date: 24 SEPT. 2007         TIME**
**No. 815  Point:        Class:**
**Court: SCNE**

DISTRIBUTION MEASURE [*Diligencia de Ordenación*]
SECRETARY OF THE OFFICE OF THE SUPERIOR JUDICIAL COURT OF VALENCIA

In Valencia, September 20, 2007

Having received this International Judicial Cooperation instrument, and with the recipient <u>INTERSEMILLAS S.A.</u> having domicile at the street <u>PARTIDA DE TANCA S/N</u>, this instrument is submitted to the Office of the Superior Court of <u>QUART POBLET</u>, which has jurisdiction, for its information.

[stamp:]                                                              [illegible handwriting]
SUPERIOR JUDICIAL COURT OF VALENCIA
[illegible]
OFFICE OF THE SECRETARY

[emblem]
**AUTONOMOUS COMMUNITY OF VALENCIA**

OFFICIAL PAPER

## LETTERS REQUISITORIAL RECEIVED
_____

**General Registration No.:** 15705/2007     **NIG:** 46250-42-2-2007-0045201

**Registration Date:** 9/20/2007     **Distribution Date:** 9/20/2007

**Type of Distribution:** DEC – Civil Letters Requisitorial, Superior Court

**Recipient Judicial Body:** 4625040001 – COMMON NOTIFICATIONS AND ATTACHMENTS SERVICE

**Source Judicial Body:** 9900099000 – FOREIGN COUNTRIES AGENCIES

**Type and No. of Source Procedure:** 3.015/2007

**Measures Requested:** SEND TO QUART DE POBLET. RESIDING IN THAT CITY
_____

### Parties

| Name of the Intervening Party | Domicile |
|---|---|
| INTERSEMILLAS S.A. | |

[emblem]
**MINISTRY OF JUSTICE**

[illegible stamp, with No. **1570S**]

UNDER-SECRETARY OF JUSTICE

GENERAL SUB-OFFICE FOR
INTERNATIONAL JUDICIAL
COOPERATION

OFFICIAL LETTER

YOUR REF.
OUR REF.   **0003015 / 2007 – NPC**
DATE        **9/13/2007**
RE          **NOTIFICATION TO INTERSEMILLAS S.A.**

**SUPERIOR JUDICIAL COURT, FIRST INSTANCE**
**- AVD. DE SALER, 14 (CIUDAD DE LA JUSTICIA) –**
**46071 VALENCIA, SPAIN**

I have the honor of sending you, attached, a request for judicial assistance originating from the authorities of the UNITED STATES, requesting notification to **D/D INTERSEMILLAS S.A.**, with domicile in QUART DE POBLET, with the request that it return the delivery certification or, failing this, set forth the reasons that might have impeded such notification. This request is made pursuant to the CONVENTION ON THE SERVICE ABROAD OF JUDICIAL AND EXTRAJUDICIAL DOCUMENTS IN CIVIL OR COMMERCIAL MATTERS, "THE HAGUE, NOVEMBER 15, 1965" (B.O.E. 8/25/87).

   Sincerely,

Madrid, 9/13/2007

THE GENERAL UNDER-DIRECTOR FOR INTERNATIONAL
JUDICIAL COOPERATION (p.o.)

[stamp:]
**MINISTRY OF JUSTICE**
**GENERAL REGISTRATION [illegible]**
**17 SEPT. 2007**
**SENT**

[signature]
Paula Mongé Royo
(Head of the Judicial Assistance Department)

[illegible]
[illegible]

**SAN BERNARDO No. 62**
**28015 MADRID**
**TEL: 91 390 22 28**
**FAX: 91 390 44 57**