Castel, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-14-07

CONOPCO, INC.,

             Plaintiff,

v.

INTERSEMILLAS, S.A.,

             Defendant.

---------------------------------x

07 CV 07229 (PKC)

**NOTICE OF
VOLUNTARY DISMISSAL
WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff Conopco, Inc., by its attorneys, hereby dismisses the above-entitled action and all claims asserted therein against the defendant without prejudice.

Dated: New York, New York
       December 13, 2007

CONOPCO, INC.

By: _____
    William C. Silverman (WS-6755)

GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Tel.: (212) 801-2100
Fax: (212) 224-6150

Attorneys for Plaintiff
Conopco, Inc.

SO ORDERED

[signature]
USDJ
12-14-07